IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02042-LTB

FIFI MENO INGILA,

    Plaintiff,

v.

DISH NETWORK,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 18, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 18 day of October, 2012.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/L. Gianelli
                                      Deputy Clerk