## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02042-LTB

FIFI MENO INGILA,

    Plaintiff,

v.

DISH NETWORK,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion to Withdraw Amended Complaint and Jury Demand (ECF No. 25) is GRANTED.

Dated:  June 12, 2013